UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
RONALD J MANCHESS

CASE NO. 06 B 15031

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-2543

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/16/06 and confirmed on 02/08/07.

2. The case was dismissed after confirmation, 08/29/2008.

3. The Debtor paid a total of $ 8971.97 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 1275.96 | .00 | 1275.96 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 2019.16 | .00 | 2019.16 |
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10955.21 | .00 | 1752.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1312.61 | .00 | 210.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1283.38 | .00 | 205.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1099.19 | .00 | 175.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1143.83 | .00 | 183.03 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3295.12 | .00 | 15794.22 | .00 | 19089.34 |
| PRINCIPAL PAID | 3295.12 | .00 | 2527.21 | .00 | 5822.33 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3295.12 | .00 | 2527.21 | .00 | 5822.33 |

The Debtor's attorney, RONALD D CUMMINGS        , was allowed $   3000.00 and was paid $   226.00  direct and $   2774.00  through the plan.

The Trustee received $     375.64 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/12/08

/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 06 B 15031 RONALD J MANCHESS